Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

WILLIAM RANDALL COOK
NANCY ANNETTE COOK

CASE NO: 13-70396-HDH-13
HEARING DATE: 1/8/2014
HEARING TIME:   10:00 AM

## NOTICE OF HEARING AND THE RIGHT TO OBJECT

PLEASE TAKE NOTICE that on 1/8/2014 at 10:00 AM at the following location

VIDEO HEARING:  US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

The above captioned Debtor(s) will seek an Order of the Bankruptcy Court granting the relief requested in the

### Debtor's(s')  Chapter 13 Plan and Motion for Valuation

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing.  The objection or response must be served upon the Debtor's(s') counsel (or the Debtor(s) if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE ABOVE HEARING DATE.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON 1/8/2014 AT 08:30 AM AT THE FOLLOWING ADDRESS:

US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

HEARINGS ON OBJECTIONS OR RESPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT IMMEDIATELY FOLLOWING THE PRE-HEARING CONFERENCE.

Dated:    11/5/2013

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF HEARING AND THE RIGHT TO OBJECT for the Debtor's(s') Chapter 13 Plan and Motion for Valuation was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   11/5/2013 /s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee

AMCA 4 WESTCHESTER PLAZA STE 110  ELMSFORD NY 10523
BANK OF AMERICA PO BOX 15026  WILMINGTON DE 19850
BAYLOR SURGICAL HOSPITAL FT WORTH 750 12TH AVE  FORT WORTH TX 76104
CAPITAL ONE BANK PO BOX 85167  RICHMOND VA 23285
CITIZENS AUTOMOBILE FINANCE 1 CITIZENS PLAZA  PROVIDENCE RI 02903
CITY OF WF, WFISD, WICHITA CO C/O HAROLD LEREW PO BOX 8188 WICHITA FALLS TX 76307
CONSOLIDATION CREDIT COUNSELING SERVICES 5701 WEST SUNRISE BLVD  FORT LAUDERDALE FL 33313
CREDIT PROTECTION ASSOCIATION LP PO BOX 802068  DALLAS TX 75380
DISCOVER FINANCIAL SERVICES LLC PO BOX 3025  NEW ALBANY OH 43054
DISCOVER FINANCIAL SERVICES PO BOX 3025  NEW ALBANY OH 43054
DISCOVER PO BOX 30395  SALT LAKE CITY UT 84130
DR ALI MOSHTAGHI 1518 10TH STREET  WICHITA FALLS TX 76301
FAMILY HEALTH CENTER 1301 THIRD ST STE 200  WICHITA FALLS TX 76301
GE MONEY BANK PO BOX 981127  EL PASO TX 79998
GM CARD PO BOX 80082  SALINAS CA 93912
HOME DEPOT CREDIT SERVICES PO BOX 653000  DALLAS TX 75265
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
JOE A DEAN MD 5500 KELL WEST BLVD SUITE 300  WICHITA FALLS TX 76310
KELL WEST FAMILY PRACTICE CLINIC 4412 KELL BLVD WEST  WICHITA FALLS TX 76309
KELL WEST REGIONAL HOSPITAL 5420 WEST BLVD  WICHITA FALLS TX 76310
KTX EMERGENCY PHYSICIANS PO BOX 98596  LAS VEGAS NV 89193
MERRICK BANK PO BOX 9201  OLD BETHPAGE NY 11804
NORTH TEXAS NEUROLOGY 1722 9TH STREET  WICHITA FALLS TX 76301
PHILLIPS 66 - CONOCO 76 PO BOX 689140  DES MOINES IA 50368
RADIOLOGY ASSOCIATES 808 BROOK AVE  WICHITA FALLS TX 76301
UNION PLUS MASTERCARD PO BOX 80027  SALINAS CA 93912
UNITED REGIONAL PHYSICIAN GROUP PO BOX 9261  WICHITA FALLS TX 76308
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
VALERO CREDIT CARD CENTER PO BOX 631  AMARILLO TX 79105
WELLS FARGO BANK NA/WELLS FARGO HOME MTG ATTN: BANKRUPTCY DEPT  MAC X7801-014 3476 STATEVIEW BLVD FORT MILL SC 29715
WELLS FARGO HOME MORTGAGE 8480 STAGECOACH CIRCLE  FREDERICK MD 21701
WFNNB BEALLS PO BOX 659465  SAN ANTONIO TX 78265
WICHITA FALLS TEACHERS CREDIT UNION 3001 CARTER AVENUE  WICHITA FALLS TX 76308
WILLIAM RANDALL COOK & NANCY ANNETTE COOK 1411 PARLIAMENT ST  BURKBURNETT TX 76354